IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND – BALTIMORE DIVISION

| | |
|---|---|
| WELLS FARGO BUSINESS CREDIT, INC. | * |
| PLAINTIFF, | * |
| V. | *   CASE NO.   02 CV 4153 - MJG |
| WILLIAM W. JONES, JR. | * |
| DEFENDANT. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Wells Fargo Business Credit, Inc. and Defendant, William W. Jones, Jr., by undersigned counsel, and pursuant to FED. R. CIV. P. 41(a) hereby file this Stipulation of Dismissal without Prejudice, and dismiss this action without prejudice.

| | |
|---|---|
| /s/ David Daneman | /s/ Jeremy S. Friedberg |
| (by Jeremy S. Friedberg with permission from David Daneman, based on FAX) | Jeremy S. Friedberg, Fed. Bar No. 10638
Andrew L. Cole, Fed. Bar No. 14865 |
| David Daneman, Fed. Bar No. 06976 | Leitess, Leitess & Friedberg, P.C. |
| James D. Ealley, Fed. Bar No. 26697 | 25 Hooks Lane, Suite 302 |
| Bishop, Daneman & Simpson, LLC | Baltimore, MD  21208 |
| 2 North Charles Street, Suite 500 | (410) 486-2600 |
| Baltimore, Maryland 21201 | |
| (410) 385-5383 | |
| *Attorneys for William W. Jones, Jr.* | *Attorneys for Wells Fargo Business Credit, Inc.* |