FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND – BALTIMORE DIVISION

2003 JUL 23 P 4: 23

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| WELLS FARGO BUSINESS CREDIT, INC. | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. 02 CV 4153 - MJG |
| WILLIAM W. JONES, JR. | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Wells Fargo Business Credit, Inc. and Defendant, William W. Jones, Jr., by undersigned counsel, and pursuant to FED. R. CIV. P. 41(a) hereby file this Stipulation of Dismissal without Prejudice, and dismiss this action without prejudice.

/s/ David Daneman
(by Jeremy S. Friedberg with permission
from David Daneman, based on FAX)
David Daneman, Fed. Bar No. 06976
James D. Ealley, Fed. Bar No. 26697
Bishop, Daneman & Simpson, LLC
2 North Charles Street, Suite 500
Baltimore, Maryland 21201
(410) 385-5383

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg, Fed. Bar No. 10638
Andrew L. Cole, Fed. Bar No. 14865
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208
(410) 486-2600

*Attorneys for William W. Jones, Jr.*   *Attorneys for Wells Fargo Business Credit, Inc.*

SO ORDERED, on Tuesday, 22 July, 2003.

_____/s/_____
Marvin J. Garbis
United States District Judge